**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6996**

———————

SHAN EDWARD CARTER,

                    Petitioner – Appellant,

        v.

CARLTON JOYNER, Warden, Central Prison, Raleigh, North
Carolina,

                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:16-hc-02107-D)

———————

Submitted:  December 15, 2016      Decided:  December 20, 2016

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Shan Edward Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shan Edward Carter appeals the district court's order dismissing without prejudice Carter's motion to appoint counsel for his 28 U.S.C. § 2254 (2012) petition that had not yet been filed. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Carter v. Joyner, No. 5:16-hc-02107-D (E.D.N.C. June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED